IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA PRAYLOR, (TDCJ-CID #1128305) | § § § § § | |
| Plaintiff, | | |
| vs. | § | CIVIL ACTION H-06-1956 |
| TDCJ HEALTH AND CLINIC SERVICE DIVISION, *et al.*, | § § § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed.

SIGNED on June 19, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\2006\06-1956\06-1956.a03.wpd